**Trey SIMS Plaintiff-Appellant**

v.

**Kenneth E. LABOWITZ, Administrator pursuant to Code of Va. sect. 64.2-454 of the Estate of David E. Abbott Defendant-Appellee**

**and**

**Claiborne Richardson Defendant**

**Children's Justice Fund; Child USA**
**Amici Supporting Appellant**

No. 16-2174

United States Court of Appeals,
Fourth Circuit.

FILED: March 14, 2018

(1:16-cv-00572-CMH-MSN)

Victor M. Glasberg, Maxwelle C. Sokol, Victor M. Glasberg & Associates, Alexandria, VA, for Plaintiff-Appellant

Julia Bougie Judkins, Esq., Bancroft, Mcgavin, Horvath & Judkins PC, Fairfax, VA, for Defendant-Appellee

James R. Marsh, Marsh Law Firm PLLC, New York, NY, for Amici Supporting Appellant Children's Justice Fund, Child USA

ORDER

Upon consideration of Children's Justice Fund's motion to accept the untimely January 20, 2018 filing, which the court construes as a motion to file the amicus brief, the court grants the motion and accepts the brief in accordance with Fed. R. App. P. 29(b)(2).

The Court grants appellant's petition for panel rehearing, vacates the prior panel opinion, and issues a new panel opinion. The appellee's pending petition for panel rehearing and rehearing en banc is moot and dismissed without prejudice. The appellee may file a new petition for rehearing upon the issuance of the revised panel opinion.